# Court of Appeals
# of the State of Georgia

ATLANTA,   April 01, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0040. IN RE AMANDA HORTON.**

Amanda Horton has filed this emergency motion, seeking an emergency appeal and a stay of the trial court's contempt order.

Under OCGA § 5-6-13 (a), an appellant may obtain a stay of a criminal contempt order upon filing a request for supersedeas and written notice of the intent to appeal. See also *Cross v. Ivester*, 315 Ga. App. 760, 769 (4) (728 SE2d 299) (2012). Although the appellant submitted her notice of appeal with her emergency motion, the records do not show that the appellant requested and was denied supersedeas. As such, the emergency motion seeking to stay the contempt order is DENIED.

Appellant's motion for an emergency appeal is also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   04/01/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*